IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLIAN ROMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-CV-02856 |
| | § | |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lillian Roman and Defendant United Property & Casualty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

Respectfully submitted,

**CHAD T. WILSON LAW FIRM**

/s/ *Patrick McGinnis
Chad T. Wilson
State Bar No. 24079587
cwilson@cwilsonlaw.com
Patrick McGinnis
State Bar No. 13631900
pmcginnis@cwilsonlaw.com
455 East Medical Center Blvd. Ste. 555
Houston, Texas 77598
(832) 415-1432 – Telephone
(281) 940-2137 - Fax
**COUNSEL FOR PLAINTIFF**

*signed with permission*

And

/s/ *Rhonda J. Thompson*
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Drew A. Jones
State Bar No. 24083269
Southern District No. 2078317

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: drew.jones@thompsoncoe.com

**COUNSEL FOR DEFENDANT**


### CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2018, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Chad T. Wilson
Patrick McGinnis
455 E. Medical Center Ste. 555
Houston, Texas 77598
*Counsel for Plaintiff*

/s/ *Drew A. Jones*
Drew A. Jones