United States District Court
Southern District of Texas

**ENTERED**

June 04, 2018

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LILLIAN ROMAN, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:17-CV-02856 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Lillian Roman's and Defendant United Property & Casualty Insurance Company's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

Signed at Houston, Texas this 31st day of May, 2018

_____
UNITED STATES DISTRICT JUDGE

AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 1
6112818v1
11151.163

**AGREED AS TO FORM AND CONTENT:**

/s/ *Patrick McGinnis
Chad T. Wilson
State Bar No. 24079587
cwilson@cwilsonlaw.com
Patrick McGinnis
State Bar No. 13631900
pmcginnis@cwilsonlaw.com

**CHAD T. WILSON LAW FIRM**
455 East Medical Center Blvd. Ste. 555
Houston, Texas 77598
(832) 415-1432 – Telephone
(281) 940-2137 - Fax
***signed with permission***

**COUNSEL FOR PLAINTIFF**

**AND**

/s/Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Southern District No.: 17055
rthompson@thompsoncoe.com
Drew A. Jones
State Bar No. 24083269
Southern District No. 2078317
Drew.jones@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209

**COUNSEL FOR DEFENDANT**